**HERTZBACH**
certified public accountants · consultants

**ROBERT W. CARTER, MS, CPA/CFF, CVA, CFE, CEPA**

Hertzbach & Company, P.A.
800 Red Brook Blvd., Suite 300
Owings Mills, Maryland 21117
(410) 363-3200 / (800) 899-3633
rcarter@hertzbach.com

**AREAS OF CONCENTRATION**

| | | |
|---|---|---|
| • Individual Damages | • Business Valuations | • Forensic Accounting |
| • Business Lost Profits | • Mergers & Acquisitions | • Stockholder Disputes |
| • Marital Dissolutions | • Litigation Consulting | • Construction Claims |
| • Exit/Succession Planning | • Value Growth Advisory | • Fraud Investigations |

One of the region's largest CPA and business consulting firms, Hertzbach & Company, P.A. provides comprehensive business services to clients in construction, manufacturing, real estate, distribution, retail, computer services and other industries throughout Maryland, Pennsylvania, Delaware, Virginia and the District of Columbia.  Areas of responsibility include:

- **Business valuation consulting** for a diverse clientele in numerous industries for estate and gift tax, ESOP's, divorce, stockholder actions, mergers & acquisitions, buy-sell agreements, and other purposes.  Work includes planning, client interviews, industry and economic research, financial analysis, determination of value, report writing and review.

- **Litigation consulting and expert witness services** in arbitration, mediation, collaborative and litigation contexts. Work includes writing expert witness reports, supporting counsel in the development of interrogatories and document requests, reviewing opposing expert reports, assisting with cross examination of opposing experts and providing expert testimony.

- **Forensic accounting/fraud investigation services** for marital dissolution and asset dissipation matters, employee embezzlements and other white-collar crimes, litigation support, and the development of fraud prevention and internal control procedures. Work includes planning the investigation, interviewing and information gathering, analyzing relevant information, and preparing a report of findings.

- **Exit planning/value growth advisory services** for business owners transitioning from the role of owner into the next stage of their lives. These services focus on maximizing business value as well as preparing the owner both personally and financially to successfully transfer their business.  Work includes preparing business valuations, performing business assessments, developing de-risking and value creation action plans, developing solutions for personal and financial needs, and exit options analysis.

## PROFESSIONAL EXPERIENCE

**2007 - Present**   **Partner, Business Valuation and Litigation Consulting Group**
Intern-Senior Manager (2007-2018)
Hertzbach & Company, P.A. (Member BDO Alliance USA)

**2015 - Present**   **Adjunct Instructor, Graduate Forensic Accounting Program**
Stevenson University (formerly Villa Julie College)

**2018 - Present**   **Adjunct Professor, Forensic Accounting Program**
University of Baltimore Merrick School of Business

## CERTIFICATIONS/TRAINING

**2008**   **Certified Valuation Analyst**
National Association of Certified Valuators and Analysts

**2012**   **Certified Public Accountant**
State of Maryland

**2013**   **Certified Fraud Examiner**
Association of Certified Fraud Examiners

**2016**   **Certified Exit Planning Advisor**
Exit Planning Institute

**2016**   **Collaborative Training**
Maryland Collaborative Practice Council

**2018**   **Certified in Financial Forensics**
American of Institute of Certified Public Accountants

## FORMAL EDUCATION

**2008**   **Bachelor of Science, Business Administration**
Stevenson University (formerly Villa Julie College)

**2015**   **Master of Science, Accounting and Business Advisory Services**
University of Baltimore Merrick School of Business

**PROFESSIONAL AFFILIATIONS**

Member, The ESOP Association
Member, National Center for Employee Ownership
Member, Howard County Estate Planning Council
Member, Emerging Professionals Committee, Exit Planning Exchange
Member, Maryland Chapter of Exit Planning Exchange
Member, National Association of Certified Valuators and Analysts
Member, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Member, American of Institute of Certified Public Accountants
Member, Maryland Association of Certified Public Accountants
Member, Association of Certified Fraud Examiners

**COMMITTEES & ASSOCIATIONS**

Presenter, Maryland Construction Network
Presenter, M&T Bank and First National Bank
Presenter, Maryland Association for Justice
Presenter, Howard County Chamber of Commerce
Guest Lecturer, University of Baltimore Merrick School of Business
Guest Lecturer, University of Baltimore School of Law
Instructor, National Business Institute
Presenter, National Association of Certified Valuators and Analysts
Contributing Writer, CPA Practice Advisor
Contributing Writer, The Daily Record
Contributing Writer, University of Baltimore School of Law, Law Review
Contributing Writer, Maryland Family Law Update
Contributing Writer, National Business Institute
Chairman, Forensic and Valuation Services Committee, Maryland Association of CPAs
Vice Chair, Valuation Standards Board, National Association of Certified Valuators and Analysts
Past President, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Board Member, Stevenson University Alumni Association
Member, Accounting Advisory Board, University of Baltimore
Member, Advisory Council, Association of Certified Fraud Examiners
Former Member, Finance Committee, State of Maryland Chamber of Commerce

**AWARDS AND HONORS**

2019 "Five Star Professional" by Five Star Professional and Baltimore Magazine
2018 "FVS Standing Ovation Award" by the American Institute of Certified Public Accountants
2017/2018 "State Chapter Presidents' Leadership Award" by the National Association of Certified Valuators and Analysts
2016 Awarded "40 Under Forty" by CPA Practice Advisor
2016 Awarded "40 Under Forty" by the National Association of Certified Valuators and Analysts
2015 Awarded Maryland's "Top 10 Public Accounting Professional Rising Stars" by the National Academy of Public Accounting Professionals
2015 Awarded "Maryland's Finest" designation by the Cystic Fibrosis Foundation of Maryland
2014 CFA Institute Baltimore/Washington Regional Equity Research Challenge Winner

## COURSES TAUGHT

Business Interruption Opportunities, 2.0 hour seminar, January 18, 2019
Common Business Interruption Coverage Terms & Contract Language, 2.0 hour seminar, January 15, 2019
Collaborative Divorce: How is it Different & Why Should I Care?, 2.0 hour seminar, October 26, 2018
First National Bank, Business Succession Planning, 1.0 hour seminar, September 26, 2018
Maryland Construction Network, Transitioning Your Construction Business: What Owners Need to Know, 1.0 hour seminar, September 20, 2018
Maryland Association for Justice Family Law Panel: How Financial Experts Can Help You Help Your Divorce Clients, 1.0 hour seminar, November 17, 2017
Business Valuations – The Basics, 2.0 hour seminar, November 16, 2017
UB Law Financial Foundations for Family Lawyers Course Guest Lecturer: Business Valuation Issues, 3.0 hour seminar, November 15, 2017
UB Law Litigation Process Course, Guest Lecturer: Mock Deposition and How to Utilize Financial Experts, 3.0 hour seminar, November 8, 2017
Valuation Topics Attorneys Need to Know to Effectively Serve Their Clients, 2.0 hour seminar, October 5, 2017
Small Business Seminar - Passing the Baton: Preparing for the Next Phase of Life and Business, 2.0 hour seminar, May 10, 2017
An Attorney's Guide to Reading Tax Returns and Financial Statements, 2.0 hour seminar, May 9, 2017
Advanced Family Law: Navigating Complex Asset Cases, 1.0 hour seminar, April 27, 2017
Potential Changes to IRS Valuations: Proposed IRC 2704 Regulations, 1.0 hour seminar, December 16, 2016
An Attorney's Guide to Reading Tax Returns and Financial Statements, 1.0 hour seminar, November 15, 2016
Use of LLCs in Asset Protection and Estate Planning: Transferring LLC Interests During Life and at Estate Administration, 0.5 hour seminar, November 4, 2016
Use of LLCs in Asset Protection and Estate Planning: Potential Changes in Estate Planning for IRC §2704, 0.5 hour seminar, November 4, 2016
Use of LLCs in Asset Protection and Estate Planning: Initial Client Considerations, 0.5 hour seminar, November 4, 2016
Stevenson University Panel Series: Forensic Career Fair, 1.5 hour seminar, October 25, 2016
Introduction to Internal Fraud Concepts, 1.0 hour seminar, September 22, 2016
The New Challenges in Trust and Estate Valuation, 1.5 hour seminar, September 20, 2016
Hot Topics in ESOP Valuations, 1.0 hour seminar, December 29, 2015
Occupational Fraud Detection and Responses, 1.0 hour seminar, December 22, 2014
Case Law Update, 1.5 hour seminar, July 18, 2014
Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Business Valuation Methods, 1.0 hour seminar, June 20, 2014
Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Tax Saving Strategies During Acquisitions, 1.0 hour seminar, June 20, 2014
Estimating the Cost of Capital, 1.0 hour seminar, December 13, 2013
Introduction to Business Valuation, 1.0 hour seminar, November 15, 2011
Business Valuation, Forensics, and Litigation Support, 1.0 hour seminar, August 31, 2011
Use of the Market Approach, 2.0 hour seminar, January 30, 2010
Uses and Applicability of the Black-Scholes Formula, 1.0 hour seminar, August 3, 2009
Discount for Lack of Marketability, 1.0 hour seminar, August 3, 2009