IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| TAIWO OKUSAMI, M.D. | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 1:18-cv-01701-ELH |
| MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE | * | |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Expert Report

of

Robert W. Carter, MS, CPA/CFF, CVA, CFE, CEPA

_____

Robert W. Carter, MS, CPA/CFF, CVA, CFE, CEPA
August 30, 2019

## Expert Report of Robert W. Carter, MS, CPA/CFF, CVA, CFE, CEPA

I, Robert W. Carter, a Partner with Hertzbach & Company, P.A., a regional accounting, business and litigation-consulting firm, am a Certified Public Accountant (Maryland), a Certified Valuation Analyst, a Certified Fraud Examiner, a Certified Exit Planning Advisor and am Certified in Financial Forensics.   My professional memberships include the American Institute of Certified Public Accountants, Maryland Association of Certified Public Accountants, National Association of Certified Valuators and Analysts, the Association of Certified Fraud Examiners, and the Exit Planning Institute. I have been qualified to testify as an expert witness by report or trial testimony in various courts in the State of Maryland. My resume is attached as Attachment A. My fee for this engagement is $345.00 per hour. Neither I nor Hertzbach & Company, P.A. have any present or prospective future interests in the entities and/or individuals that are the subject of this report, and my fees are not contingent upon the offering of any opinions.

## Anticipated Testimony

If called as an expert witness in this action, I will testify that the present value of the damages for lost income and benefits ("Compensation") incurred by Dr. Taiwo Okusami ("Plaintiff") is a maximum of $1,311,721 if it is determined that his Personal Services Contract (the "Contract") was improperly terminated by the Defendant, Maryland Department of Health and Hygiene ("MDHH" or the "Company") and the alleged improper termination was the direct and substantial cause of his lost income and benefits.   Of the maximum damage amount of $1,311,721, past damages total $663,892 and future damages total $647,829.   I hold this opinion to a reasonable degree of professional certainty.

## Overview

Based on the Complaint, my understanding of the background facts are as follows.   Effective November 1, 2016, Dr. Okusami's Personal Services Contract was improperly terminated.   The Contract, which was between the Plaintiff and the Defendant, stated that his employment as a Staff Psychiatrist was for the period July 1, 2016 to June 30, 2017.   During Dr. Okusami's last two (2) contract years (2014-2016) at MDHH, his earning potential was $245,440 ($118 per hour) each year.   The 2016-2017 contract stated that the hourly rate was $120.   As in other years, assuming he worked full time, 2,080 hours, the total contract price would be $249,600. Additionally, Dr. Okusami received benefits consisting of medical, dental and life insurance.   These benefits are not included in the damage calculation at this time.   In the current contract and as a Staff Psychiatrist (Physician, Clinical Specialist), he was to evaluate and treat patients with various mental illnesses until June 30, 2017 at which time the contract would end.

In 2015, Dr. Okusami was harassed and subjected to a retaliatory and hostile work environment by his immediate supervisor, David Millis, M.D., and the CEO of the company, John Cullen.   On several occasions they specifically told Dr. Okusami to stop performing and documenting his examinations with his truthful and honest medical opinions because they often conflicted with the medical opinions of the Company evaluators. Dr. Millis and Mr. Cullen stated that it was a MDHH policy that limits Dr. Okusami's functions.   He objected to their order to stop performing his work and requested that they provide documentation for the Company's policy as the authority restricting his practice of Psychiatry.  No such policy was provided. From March 2016 until November 2016, Dr. Millis and Mr. Cullen would tell Dr. Okusami that staff members were complaining about him. They also told staff members who worked with Dr. Okusami to ignore his requests to set up after

care services and to ignore his instructions for the use of physical and chemical restraints. There were other instances similar to the ones just mentioned, and the Defendant and its staff did not support the requests of Dr. Okusami's patients. In a meeting held on October 4, 2016 with four (4) other members of the forensic medical evaluation team, Mr. Cullen threatened the Plaintiffs employment status because he was going against the hospital's positions on various medical issues.

In a meeting on October 17, 2016, Mr. Cullen demanded that Dr. Okusami resign and the response from Dr. Okusami was that he had no intention of resigning since he had done nothing wrong.  Mr. Cullen told him that he could be terminated for no reason since he (Dr. Okusami) was an at-will employee.  Dr. Okusami received a letter that same day from Mr. Cullen stating that the Personal Services Contract for the current period was terminated effective November 1, 2016.

### Approach to Damage Calculation

The following analysis describes my calculation of the maximum lost income and benefits sustained by Dr. Okusami, due to his termination, if it is determined that he was terminated improperly. My calculations are based on the "before and after" method of determining lost Compensation. I calculated Dr. Okusami's total Compensation as though he had not been terminated by MDHH (the "before-incident" Compensation through Dr. Okusami's retirement date that he expected which was February 24, 2022 (age of 75) and then present valued the annual amounts using a risk-free rate.   I then calculated his compensation projected to be received after he was terminated (the "after-incident") Compensation until age 75.   I then present valued these annual amounts using a risk-free rate.   Next, I calculated the difference between the "before-incident" and "after-incident" Compensation to determine Dr. Okusami's total damages.

Some of the key facts, assumptions, and basic calculation components are presented in **Schedule 1** of this report. **Schedule 2** details Dr. Okusami's historical and projected income and benefits for his "before-incident" Compensation and **Schedule 3** details Dr. Okusami's historical and projected income and benefits for his "after-incident" Compensation. Dr. Okusami did receive worker's compensation in 2016 and 2017 in the amounts of $2,150 and $9,030, respectively and my calculation considers these amounts. **Schedule 4** shows the difference between the present values of the "before-incident" and "after-incident" income and benefits.  This schedule also differentiates the total damages by "past" damages which are damages from inception to the calculation date of this report which is August 31, 2019.  The "future" damages are defined as those damages that are incurred from September 1, 2019 to February 24, 2022, the retirement date.  I also determined cumulative damages annually which is shown on **Schedule 5** which further details "past" and "future" damages for each year on a cumulative basis.

### Conclusion

If called as an expert witness in this action, I will testify that the present value of the damages for lost income and benefits ("Compensation") incurred by Dr. Taiwo Okusami is a maximum of $1,311,721 if it is determined that his Personal Services Contract was improperly terminated by the Defendant, Maryland Department of Health and Hygiene and the alleged improper termination was the direct and substantial cause of his lost income and benefits.  Of the maximum damage amount of $1,311,721, past damages total $663,892 and future damages total $647,829.  I hold this opinion to a reasonable degree of professional certainty.

## **Documents Reviewed**

In preparing this report, the following documents and information have been considered:

1. Complaint.
2. Federal Court Complaint cover sheet.
3. W-2's, unemployment tax documents and social security statements.
4. Personal Service Contracts.
5. Risk Free Treasury Rates as of August 27, 2019.
6. Hugh Richards, Life And Worklife Expectancies, Table 4, P.159, Second Edition, Copyright 2010, Published by Lawyers and Judges Publishing Company, Inc.

### Reservation of Right to Amend

In the event additional documents and/or other discovery material are made available to me after the submission of this report, I respectfully reserve the right to amend this report, as appropriate.

### Rebuttal Testimony

In addition to the substance of the foregoing discussion, my testimony may also include additional rebuttal testimony, if necessary.

### Exhibits

Selected information from this report may be incorporated in demonstrative exhibits for purposes of illuminating testimony.

### Use of this Report

This report has been prepared for the specific purpose of the above-captioned case.  It is not to be copied or made available to any person not involved in this case without the express written consent of Hertzbach & Company, P.A.

**ATTACHMENT A**


**RESUME**



**ROBERT W. CARTER, MS, CPA/CFF, CVA, CFE, CEPA**

Hertzbach & Company, P.A.
800 Red Brook Blvd., Suite 300
Owings Mills, Maryland 21117
(410) 363-3200 / (800) 899-3633
rcarter@hertzbach.com

**AREAS OF CONCENTRATION**

| | | |
|---|---|---|
| • Individual Damages | • Business Valuations | • Forensic Accounting |
| • Business Lost Profits | • Mergers & Acquisitions | • Stockholder Disputes |
| • Marital Dissolutions | • Litigation Consulting | • Construction Claims |
| • Exit Planning | • Value Growth Advisory | • Fraud Investigations |

One of the region's largest CPA and business consulting firms, Hertzbach & Company, P.A. provides comprehensive business services to clients in construction, manufacturing, real estate, distribution, retail, computer services and other industries throughout Maryland, Pennsylvania, Delaware, Virginia and the District of Columbia.  Areas of responsibility include:

- **Business valuation consulting** for a diverse clientele in numerous industries for estate and gift tax, ESOP's, divorce, stockholder actions, mergers & acquisitions, buy-sell agreements, and other purposes.  Work includes planning, client interviews, industry and economic research, financial analysis, determination of value, report writing and review.

- **Litigation consulting and expert witness services** in arbitration, mediation, collaborative and litigation contexts. Work includes writing expert witness reports, supporting counsel in the development of interrogatories and document requests, reviewing opposing expert reports, assisting with cross examination of opposing experts and providing expert testimony.

- **Forensic accounting/fraud investigation services** for marital dissolution and asset dissipation matters, employee embezzlements and other white-collar crimes, litigation support, and the development of fraud prevention and internal control procedures. Work includes planning the investigation, interviewing and information gathering, analyzing relevant information, and preparing a report of findings.

- **Exit planning/value growth advisory services** for business owners transitioning from the role of owner into the next stage of their lives. These services focus on maximizing business value as well as preparing the owner both personally and financially to successfully transfer their business.   Work includes preparing business valuations, performing business assessments, developing de-risking and value creation action plans, developing solutions for personal and financial needs, and exit options analysis.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007 - Present | **Partner, Business Valuation and Litigation Consulting Group**<br>Staff-Manager (2007-2018)<br>Hertzbach & Company, P.A. (Member BDO Alliance USA) |
| 2015 - Present | **Adjunct Instructor, Graduate Forensic Accounting Program**<br>Stevenson University (formerly Villa Julie College) |
| 2018 - Present | **Adjunct Professor, Forensic Accounting Program**<br>University of Baltimore Merrick School of Business |

## CERTIFICATIONS/TRAINING

| | |
|---|---|
| 2008 | **Certified Valuation Analyst**<br>National Association of Certified Valuators and Analysts |
| 2012 | **Certified Public Accountant**<br>State of Maryland |
| 2013 | **Certified Fraud Examiner**<br>Association of Certified Fraud Examiners |
| 2016 | **Certified Exit Planning Advisor**<br>Exit Planning Institute |
| 2016 | **Collaborative Training**<br>Maryland Collaborative Practice Council |
| 2018 | **Certified in Financial Forensics**<br>American of Institute of Certified Public Accountants |

## FORMAL EDUCATION

| | |
|---|---|
| 2008 | **Bachelor of Science, Business Administration**<br>Stevenson University (formerly Villa Julie College) |
| 2015 | **Master of Science, Accounting and Business Advisory Services**<br>University of Baltimore Merrick School of Business |

**PROFESSIONAL AFFILIATIONS**

Member, The ESOP Association
Member, National Center for Employee Ownership
Member, Howard County Estate Planning Council
Member, Emerging Professionals Committee, Exit Planning Exchange
Member, Maryland Chapter of Exit Planning Exchange
Member, National Association of Certified Valuators and Analysts
Member, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Member, American of Institute of Certified Public Accountants
Member, Maryland Association of Certified Public Accountants
Member, Association of Certified Fraud Examiners

**COMMITTEES & ASSOCIATIONS**

Presenter, Maryland Construction Network
Presenter, M&T Bank and First National Bank
Presenter, Maryland Association for Justice
Presenter, Howard County Chamber of Commerce
Guest Lecturer, University of Baltimore Merrick School of Business
Guest Lecturer, University of Baltimore School of Law
Instructor, National Business Institute
Presenter, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Contributing Writer, CPA Practice Advisor
Contributing Writer, The Daily Record
Contributing Writer, University of Baltimore School of Law, Law Review
Contributing Writer, Maryland Family Law Update
Contributing Writer, National Business Institute
Chairman, Forensic and Valuation Services Committee, Maryland Association of CPAs
Vice Chair, Valuation Standards Board, National Association of Certified Valuators and Analysts
Past President, Maryland/DC Chapter of National Association of Certified Valuators and Analysts
Board Member, Stevenson University Alumni Association
Member, Accounting Advisory Board, University of Baltimore
Member, Advisory Council, Association of Certified Fraud Examiners
Former Member, Finance Committee, State of Maryland Chamber of Commerce

**AWARDS AND HONORS**

2019 "Five Star Professional" by Five Star Professional and Baltimore Magazine
2018 "FVS Standing Ovation Award" by the American Institute of Certified Public Accountants
2017/2018 "State Chapter Presidents' Leadership Award" by the National Association of Certified Valuators and Analysts
2016 Awarded "40 Under Forty" by CPA Practice Advisor
2016 Awarded "40 Under Forty" by the National Association of Certified Valuators and Analysts
2015 Awarded Maryland's "Top 10 Public Accounting Professional Rising Stars" by the National Academy of Public Accounting Professionals
2015 Awarded "Maryland's Finest" designation by the Cystic Fibrosis Foundation of Maryland
2014 CFA Institute Baltimore/Washington Regional Equity Research Challenge Winner

**COURSES TAUGHT**

Business Interruption Opportunities, 2.0 hour seminar, January 18, 2019

Common Business Interruption Coverage Terms & Contract Language, 2.0 hour seminar, January 15, 2019

Collaborative Divorce: How is it Different and Why Should I Care?, 2.0 hour seminar, October 26, 2018

First National Bank, Business Succession Planning, 1.0 hour seminar, September 26, 2018

Maryland Construction Network, Transitioning Your Construction Business: What Owners Need to Know, 1.0 hour seminar, September 20, 2018

Maryland Association for Justice Family Law Panel: How Financial Experts Can Help You Help Your Divorce Clients, 1.0 hour seminar, November 17, 2017

Business Valuations – The Basics, 2.0 hour seminar, November 16, 2017

UB Law Financial Foundations for Family Lawyers Course Guest Lecturer: Business Valuation Issues, 3.0 hour seminar, November 15, 2017

UB Law Litigation Process Course, Guest Lecturer: Mock Deposition and How to Utilize Financial Experts, 3.0 hour seminar, November 8, 2017

Valuation Topics Attorneys Need to Know to Effectively Serve Their Clients, 2.0 hour seminar, October 5, 2017

Small Business Seminar - Passing the Baton: Preparing for the Next Phase of Life and Business, 2.0 hour seminar, May 10, 2017

An Attorney's Guide to Reading Tax Returns and Financial Statements, 2.0 hour seminar, May 9, 2017

Advanced Family Law: Navigating Complex Asset Cases, 1.0 hour seminar, April 27, 2017

Potential Changes to IRS Valuations: Proposed IRC 2704 Regulations, 1.0 hour seminar, December 16, 2016

An Attorney's Guide to Reading Tax Returns and Financial Statements, 1.0 hour seminar, November 15, 2016

Use of LLCs in Asset Protection and Estate Planning: Transferring LLC Interests During Life and at Estate Administration, 0.5 hour seminar, November 4, 2016

Use of LLCs in Asset Protection and Estate Planning: Potential Changes in Estate Planning for IRC §2704, 0.5 hour seminar, November 4, 2016

Use of LLCs in Asset Protection and Estate Planning: Initial Client Considerations, 0.5 hour seminar, November 4, 2016

Stevenson University Panel Series: Forensic Career Fair, 1.5 hour seminar, October 25, 2016

Introduction to Internal Fraud Concepts, 1.0 hour seminar, September 22, 2016

The New Challenges in Trust and Estate Valuation, 1.5 hour seminar, September 20, 2016

Hot Topics in ESOP Valuations, 1.0 hour seminar, December 29, 2015

Occupational Fraud Detection and Responses, 1.0 hour seminar, December 22, 2014

Case Law Update, 1.5 hour seminar, July 18, 2014

Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Business Valuation Methods, 1.0 hour seminar, June 20, 2014

Helping Your Client Buy or Sell a Small-to-Medium Sized Business: Tax Saving Strategies During Acquisitions, 1.0 hour seminar, June 20, 2014

Estimating the Cost of Capital, 1.0 hour seminar, December 13, 2013

Introduction to Business Valuation, 1.0 hour seminar, November 15, 2011

Business Valuation, Forensics, and Litigation Support, 1.0 hour seminar, August 31, 2011

Use of the Market Approach, 2.0 hour seminar, January 30, 2010

Uses and Applicability of the Black-Scholes Formula, 1.0 hour seminar, August 3, 2009

Discount for Lack of Marketability, 1.0 hour seminar, August 3, 2009

# ATTACHMENT B

# DEPOSITIONS AND TESTIMONY

# ROBERT W. CARTER
## DEPOSITIONS AND EXPERT TESTIMONY

**2019**  Charles Neuenberger v. Blanche Neuenberger
     Circuit Court for Anne Arundel County, Maryland

**2019**  Michelle Hofmann v. William Hofmann, II
     Circuit Court for Anne Arundel County, Maryland

**2019**  Organic Farmacy Management, LLC v. Four Green Fields, LLC, et. al.
     Circuit Court for Kent County, Maryland

**2019**  Kevin Blackburn v. Heather Blackburn
     Circuit Court for Harford County, Maryland

**2019**  Debra Riveiro v. Victor Coates, D.P.M.
     Circuit Court for Prince William County, Virginia

**2019**  Credit Bureau Strategy Consulting, LLC v. Bridgeforce, Inc.
     Circuit Court for Worcester County, Maryland

**2019**  OT, LLC et. al. v. Harford County, MD et. al.
     United States District Court for the District of Maryland (Northern Division)

**2018**  Hitesh Amin, M.D. v. Medstar Southern Maryland Hospital Center, et. al.
     Circuit Court for Howard County, Maryland

**2018**  Lisa K. Lane v. John C. Lane, Jr.
     Circuit Court for Anne Arundel County, Maryland

**2018**  Jeremy S. Snow v. Lisa J. Renfro
     Circuit Court for Anne Arundel County, Maryland

**2018**  George P. Maloney v. India K. Sutherland
     Circuit Court for Anne Arundel County, Maryland

**2018**  Maryland Hauling & Recovery, LLC v. Anytimelabor Baltimore, LLC
     Circuit Court for Baltimore County, Maryland

**2018**  Stephen D. Golding v. Terri J. Golding
     Circuit Court for Baltimore County, Maryland

**2017**  Donald J. Easley v. Jacqueline M. Easley
     Circuit Court for Howard County, Maryland

**2017**  Dhillon Industries, Inc. v. Eastover Plaza Improvements, LLC

Circuit Court for Prince George's County, Maryland

**2017**   James K. Skipper, III v. John F. Skipper, et. al.
Circuit Court for Howard County, Maryland

**2016**   Parking and Security Systems, LLC v. Kauffman and Forman, P.A. et al
Circuit Court for Baltimore City, Maryland

**2015**   Iman Salkini v. Jay Salkini
Circuit Court for Howard County, Maryland

**2014**   Janet L. Scherch v. Frederick Realty, Inc., et. al.
Circuit Court for Baltimore City, Maryland

**2014**   Donald J. Easley v. Jacqueline M. Easley
Circuit Court for Howard County, Maryland

# ATTACHMENT C

# PUBLICATIONS

# <u>PUBLICATIONS</u>

**Robert W. Carter, MS, CPA/CFF, CVA, CFE, CEPA**

1. <u>BV Basics: A Business Owner's Guide to Business Valuation</u>, published by Robert Carter, July 21, 2017.

2. *Advanced Family Law* – "Navigating Complex Asset Cases" published by National Business Institute, April 27, 2017.

3. *Use of LLCs in Asset Protection and Estate Planning* – "Initial Client Considerations" published by National Business Institute, November 4, 2016.

4. *Use of LLCs in Asset Protection and Estate Planning* – "Transferring LLC Interest During Life and at Estate Administration" published by National Business Institute, November 4, 2016.

5. "What to do When Necessary Information is not Provided in Divorce Proceedings" published by the Maryland Family Law Update, October 2016.

6. "Does the S-Corp Premium Really Exist" published by CPA Practice Advisor, August 22, 2016.

7. "What to do when you suspect employee embezzlement" published by The Daily Record, May 5, 2016.

8. "What to know when selling your business" published by The Daily Record, March 24, 2016.

9. "Practitioner Series: Valuation 101" published by the University of Baltimore Law Review, November 6, 2014.

10. "Practitioner Series: How to Choose Your Economic Expert" published by the University of Baltimore Law Review, September 15, 2014.

11. "Practitioner Series: When Should You Retain an Economic Witness?" published by the University of Baltimore Law Review, September 2, 2014.

12. "Business Valuation Considerations in Divorce" published by The Daily Record, August 8, 2014.

13. "Business Valuation Considerations in Divorce" published by the Maryland Family Law Update, August 2014.

14. *Helping Your Client Buy or Sell a Small-to-Medium Sized Business* – "Business Valuation Methods" published by National Business Institute, June 20, 2014.

15. "How to Boost the Value of Your Business" published by The Daily Record, June 13, 2014.

16. Various Hertzbach & Company, P.A. blogs related to business valuation, forensic accounting, and litigation support.

**ATTACHMENT D**

**SCHEDULES**

Taiwo Okusami, M.D.
**Schedule 1**
Data and Assumptions

| | | |
|---|---|---|
| Name | Taiwo Okusami, M.D. | |
| Incident Date | 11/1/2016 | Per Complaint |
| Calculation Date | 8/31/2019 | |
| Race | African American | Complaint |
| Gender | Male | Complaint |
| Education Level | Doctor of Medicine | Complaint |
| Date of Birth | 03/15/47 | Counsel |
| Age at Date of Incident | 69.63 | Calculated |
| Age at Date of Report | 72.46 | Calculated |
| Worklife Expectancy | 3.10 | Years (Hugh Richards, Life And Worklife Expectancies, Table 4, P.159, Second Edition, Copyright 2010, Published by Lawyers and Judges Publishing Company, Inc.) |
| Expected Date of Retirement | 10/05/22 | Calculated |
| Expected Age at Retirement | 75.61 | Calculated |
| Dr. Okusami's Retirement Plan: | | |
| Age at Retirement | 75.00 | Per Client |
| Date of Retirement | 02/24/22 | Per Client |
| Discount Rate (3-Yr) | 1.4% | 3-Year U.S. Treasury Risk Free Rate as of 8/27/19 |

Taiwo Okusami, M.D.
**Schedule 2**
Projected Income and Benefits Prior To Incident

| Year | Age | Hourly Rate Assumed[1] | Gross Wages[2] | Benefits Received-Employer Social Sec[3] | Total Wages and Benefits (D + E) | Present Value Factor | Present Value (F x G) | Cumulative |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I |
| | | | | 6.2% | | 1.4% | | |
| 12/31/2016 | 69.85 | 120 | 20,800 | - | 20,800 | 1.0000 | 20,800 | 20,800 |
| 12/31/2017 | 70.85 | 120 | 211,200 | 7,886 | 219,086 | 1.0000 | 219,086 | 239,886 |
| 12/31/2018 | 71.85 | 120/122 | 251,682 | 7,961 | 259,643 | 1.0000 | 259,643 | 499,529 |
| 12/31/2019 | 72.85 | 122 | 253,764 | 8,240 | 262,004 | 1.0000 | 262,004 | 761,533 |
| 12/31/2020 | 73.85 | 122/124 | 255,840 | 8,482 | 264,322 | 0.9862 | 260,674 | 1,022,207 |
| 12/31/2021 | 74.85 | 124 | 257,916 | 8,482 | 266,398 | 0.9726 | 259,099 | 1,281,306 |
| 2/24/2022 | 75.00 | 124 | 40,837 | 2,532 | 43,369 | 0.9591 | 41,595 | 1,322,901 |
| | TOTALS | | 1,292,039 | 43,583 | 1,335,622 | | $ 1,322,901 | |

Damages at 8/31/19 $   675,072
Damages from 9/1/19-2/24/22 $   647,829
Total $ 1,322,901

Notes:

[1] Personal Service Contracts were annual and started on July 1 and ended on June 30 of each year.  The hourly rate for Dr. Okusami changed by approximately $2 every two years based on the contracts so the assumption made was as follows:

$120/hr for the year 2016-2017

$120/hr for the year 2017-2018

$122/hr for the year 2018-2019

$122/hr for the year 2019-2020

$124 /hr for the year 2020-2021

$124 /hr for the year 2021-2022

[2] For 2016, the monthly amount was obtained from the contract.  For all other years, Dr, Okusami stated he would have worked full time, 2,080 hours per year until he reached the age of 75.  We were asked to assume that Dr. Okusami would not have worked for 8 weeks (320 hours) due to a medical condition in 2017.

[3] Social Security benefits of 6.2% of gross wages until the limit was obtained.

18

Taiwo Okusami, M.D.
**Schedule 3**
Projected Income and Benefits After Incident

| Year | Age | Hourly Rate Assumed[1] | Gross Wages[2] | Un-employment[3] | Benefits Received-Employer Social Sec[4] | Total Wages and Benefits (D + E + F) | Present Value Factor | Present Value (G x H) |
|------|-----|------|------|------|------|------|------|------|
| A | B | C | D | E | F | G | H | I |
| | | | | | 6.2% | | 1.4% | |
| 12/31/2016 | 69.85 | 120 | - | 2,150 | - | 2,150 | 1.0000 | 2,150 |
| 12/31/2017 | 70.85 | 120 | - | 9,030 | - | 9,030 | 1.0000 | 9,030 |
| 12/31/2018 | 71.85 | 120/122 | - | - | - | - | 1.0000 | - |
| 12/31/2019 | 72.85 | 122 | - | - | - | - | 1.0000 | - |
| 12/31/2020 | 73.85 | 122/124 | - | - | - | - | 0.9862 | - |
| 12/31/2021 | 74.85 | 124 | - | - | - | - | 0.9726 | - |
| 2/24/2022 | 75.00 | 124 | - | - | - | - | 0.9591 | - |
| TOTALS | | | - | 11,180 | - | 11,180 | | $ 11,180 |

Damages at 8/31/19 $ 11,180
Damages from 9/1/19-2/24/22 $ -
Total $ 11,180

Notes:
[1] Contracts were annual and started on July 1 and ended on June 30.  It appears, that hourly rate for Dr. Okusami changed every two years so the assumption made was as follows:

$120/hr for the year 2016-2017

$120/hr for the year 2017-2018

$122/hr for the year 2018-2019

$122/hr for the year 2019-2020

$124 /hr for the year 2020-2021

$124 /hr for the year 2021-2022

[2] Dr. Okusami was terminated effective November 1, 2016.
[3] Amounts for unemployment were obtained from tax documents from the State of Maryland.
[4] There were no social security benefits.

Taiwo Okusami, M.D.
**Schedule 4**
Projected Income and Benefits Differential

| **Total Damages** | | |
|---|---|---|
| Present Value of Projected Income and Benefits (But-For) | $   1,322,901 | (See Below) |
| LESS: Present Value of Projected Income and Benefits (After) | $        11,180 | (See Below) |
| **Total Present Value of Projected Damages** | **$   1,311,721** | |

| **Past Damages From November 1, 2016 to August 31, 2019** | | |
|---|---|---|
| Present Value of Projected Income and Benefits (But-For) | $      675,072 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $        11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$      663,892** | |

| **Future Damages From September 1, 2019 to February 24, 2022** | | |
|---|---|---|
| Present Value of Projected Income and Benefits (But-For) | $      647,829 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $                 - | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$      647,829** | |

Taiwo Okusami, M.D.
Schedule 5
Cumulative Projected Income and Benefits Differential

| November 1, 2016-December 31, 2016 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 20,800 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 2,150 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **18,650** | |
| Past Damages at 12/31/16 | $ | 18,650 | |
| Future Damages | | N/A | |
| Total | $ | 18,650 | |

| November 1, 2016-December 31, 2017 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 239,886 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **228,706** | |
| Past Damages at 12/31/17 | $ | 228,706 | |
| Future Damages | | N/A | |
| Total | $ | 228,706 | |

| November 1, 2016-December 31, 2018 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 499,529 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **488,349** | |
| Past Damages at 12/31/18 | $ | 488,349 | |
| Future Damages | | N/A | |
| Total | $ | 488,349 | |

| November 1, 2016-December 31, 2019 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 761,533 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **750,353** | |
| Past Damages at 8/31/19 | $ | 663,892 | |
| Future Damages From 9/1/19-12/31/19 | $ | 86,461 | |
| Total | $ | 750,353 | |

| November 1, 2016-December 31, 2020 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 1,022,207 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **1,011,027** | |
| Past Damages at 8/31/19 | $ | 663,892 | |
| Future Damages From 9/1/19-12/31/20 | $ | 347,135 | |
| Total | $ | 1,011,027 | |

| November 1, 2016-December 31, 2021 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 1,281,306 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **1,270,126** | |
| Past Damages at 8/31/19 | $ | 663,892 | |
| Future Damages From 9/1/19-12/31/21 | $ | 606,234 | |
| Total | $ | 1,270,126 | |

| November 1, 2016-February 24, 2022 | | | |
|---|---|---:|---|
| Present Value of Projected Income and Benefits (But-For) | $ | 1,322,901 | (Schedule 2) |
| LESS: Present Value of Projected Income and Benefits (After) | $ | 11,180 | (Schedule 3) |
| **Present Value of Net Lost Income and Benefits** | **$** | **1,311,721** | |
| Past Damages at 8/31/19 | $ | 663,892 | |
| Future Damages From 9/1/19-2/24/22 | $ | 647,829 | |
| Total | $ | 1,311,721 | |